IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

MICHAEL LAWSON, §
§
*Plaintiff*, §
§
v. § CIVIL ACTION NO. SA-25-cv-01296-FB
§
U.S. BANK TRUST COMPANY, §
as Trustee as Successor in Interest to §
U.S. Bank National Association, as §
Trustee for Angel Oak Mortgage §
Trust 2019-6, Mortgage-Backed §
Certificates, Series 2019-6, §
§
*Defendant*. §

## ORDER ACCEPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Before the Court is the Report and Recommendation of United States Magistrate Judge, filed in the above-captioned cause on May 22, 2026. (ECF No. 18). To date, no objections to the Report and Recommendation have been received.[1]

Because no party has objected to the Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made."). The Court has reviewed the Report and Recommendation and finds its reasoning to be neither clearly erroneous nor contrary to law. *United States v. Wilson,* 864 F.2d 1219, 1221 (5th Cir.), *cert. denied,* 492 U.S. 918 (1989).

IT IS THEREFORE ORDERED that the Report and Recommendation of United States Magistrate Judge (ECF No. 18) is ACCEPTED pursuant to 28 U.S.C. § 636(b)(1) such that: (1)

---

[1] Any party who desires to object to a Magistrate's findings and recommendations must serve and file his, her or its written objections within fourteen days after being served with a copy of the findings and recommendation. 28 U.S.C. § 635(b)(1). If service upon a party is made by mailing a copy to the party's last known address, "service is complete upon mailing." FED. R. CIV. P. 5(b)(2)(C). If service is by electronic means, "service is complete upon transmission." *Id.* at (E).

Defendant's Motion for Summary Judgment and Brief in Support of All Claims and Counterclaim (ECF No. 17) is GRANTED and all of Plaintiff's claims are DISMISSED WITH PREJUDICE; and (2) Judgment is ENTERED on Defendant's counterclaim authorizing it to foreclose on the Property securing the Loan as follows:

- Defendant is hereby awarded and this Judgment shall constitute an Order Authorizing Foreclosure, authorizing Defendant to foreclose on the real property collateral located at 1875 Kuehler Avenue, New Braunfels, Texas 78130 (the "Property) as more particularly described in the subject Texas Security Instrument recorded in the real property records of Comal County, Texas as Document Number No. 201906029851 (the "Security Instrument").

- Defendant and its assigns are authorized to conduct a nonjudicial foreclosure sale of the Property pursuant to the terms and conditions of the Security Instrument and in accordance with Tex. Prop. Code §51.002 and Tex. Const. Art. XVI § 50 (a)(6).

- This Judgment serves as a Final in rem Judgment and Declaration of this Court Authorizing Foreclosure of the subject Texas Home Equity Lien in accordance with Tex. Const. Art. XVI §50(a)(6)(D).

- Defendant may file a certified copy of this Judgment in the real property records of the county where the property is located within ten (10) days after the entry of this Final in rem Judgment; however, failure to timely record this Judgment shall not affect the validity of the foreclosure or defeat the presumption of Tex. Const. Art. XVI, §50(i).

IT IS FINALLY ORDERED that remaining motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 9th day of July, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE

.

2